6, 1977. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

The judgment of sentence is hereby affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.

429 A.2d 59

Commonwealth v. Jones, G., Appellant.

Submitted November 13, 1979. Lewis Dadowski, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 59

Commonwealth v. Jones, Appellant.